UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DEBRA VENEGAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 5:18-cv-02638-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 24), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $4,300.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: February 03, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge